IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHRISTY L. ALLISON,

    Plaintiff,

v.                                                          CASE NO. 1:07-cv-80-MP-AK

PAUL FERRARO INSURANCE, INC. and
PAUL V. FERRARO,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on the Joint Motion for Approval of Settlement Agreement. (doc. 31). Previously, in doc. 29, the parties submitted the executed Settlement Agreement, and in doc. 30, the Plaintiff stipulated to the dismissal. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Settlement Agreement is approved and this case is dismissed with prejudice with each party bearing the burden of their attorney fees and costs.

**DONE AND ORDERED** this *13th* day of December, 2007

                               *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge